No. 239. FISCHER *v.* PAULINE OIL & GAS Co.
October 9, 1939. The appeal is dismissed for want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is granted. *Mr. Claude H. Rosenstein* for appellant. *Mr. Charles E. France* for appellee.

No. 8. ZIFFRIN, INC. *v.* MARTIN, COMMISSIONER OF REVENUE OF KENTUCKY, ET AL.

October 12, 1939. H. Clyde Reeves, Commissioner of Revenue of Kentucky, Member of Kentucky Tax Commission and Member of Kentucky State Alcoholic Beverage Control Board, substituted as a party appellee in the place and stead of James W. Martin, formerly Commissioner of Revenue of Kentucky, etc., per stipulation of counsel, on motion of *Mr. Norton L. Goldsmith* for the appellant.

Nos. —, —. BESS *v.* WEST VIRGINIA. October 16, 1939. The petitions for the allowance of appeals, referred by the CHIEF JUSTICE to the Court, are denied.